opinion filed March 9, 1948; released for publication April 7, 1948. Paul C. Behanna; for appellants; 'Ralph J. Boches, of counsel. Singer & Singer, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.

Pearl A. Smith, Individually and Administratrix of Estate of Edward C. Smith, Deceased, Appellant, v. James J. Gorman et al., Appellees.

Gen. No. 44,179.

opinion filed March 29, 1948; released for publication April 9, 1948. Emmett M. McDonald and Earl Wilcox, for appellant; Daniel D. Carmell, Leo Segall and Fred Herzog, for appellees. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.